234

The People of the State of Illinois, Plaintiff-Appellee, *v.* Willie J. Wright, Defendant-Appellant.

(No. 60070;

First District (1st Division)—December 16, 1974.

PER CURIAM.

James J. Doherty, Public Defender, of Chicago (Suzanne M. Xinos, Assistant Public Defender, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., and Thomas R. Rafter, Assistant State's Attorneys, of counsel), for the People.